UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIMETRI M. REVADA, | No. 2:13-cv-1941 KJN P |
| Plaintiff, | |
| v. | <u>ORDER AND ORDER TO SHOW CAUSE</u> |
| R. HEISE, et al., | |
| Defendants. | |

    Plaintiff is a state prisoner. This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1). On September 23, 2013, plaintiff was ordered to submit a certified copy of his prison trust account statement. On September 25, 2013, plaintiff filed a complete motion to proceed in forma pauperis, and a certified copy of his prison trust account statement. Plaintiff has now submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a). Accordingly, the request to proceed in forma pauperis is granted.

    Plaintiff is required to pay the statutory filing fee of $350.00 for this action. 28 U.S.C. §§ 1914(a), 1915(b)(1). By this order, plaintiff will be assessed an initial partial filing fee in accordance with the provisions of 28 U.S.C. § 1915(b)(1). By separate order, the court will direct the appropriate agency to collect the initial partial filing fee from plaintiff's trust account and forward it to the Clerk of the Court. Thereafter, plaintiff will be obligated to make monthly payments of twenty percent of the preceding month's income credited to plaintiff's trust account.

1  These payments will be forwarded by the appropriate agency to the Clerk of the Court each time
2  the amount in plaintiff's account exceeds $10.00, until the filing fee is paid in full.  28 U.S.C.
3  § 1915(b)(2).
4      By order filed September 12, 2013, plaintiff's civil rights complaint was stricken due to
5  plaintiff's failure to sign the complaint as required by Rule 11 of the Federal Rules of Civil
6  Procedure.  Plaintiff was directed to file a signed complaint within thirty days.  Thirty days from
7  that date have now passed, and plaintiff has not filed a signed complaint.  Plaintiff is directed to
8  show cause, within fourteen days, why this action should not be dismissed based on his failure to
9  file a signed civil rights complaint.  See Local Rule 110; Fed. R. Civ. P. 41(b).
10     On September 20, 2013, plaintiff filed a document entitled "Petition for a Fair and Speedy
11 Trial pursuant to California Penal Code § 1381.  However, in his filing, plaintiff claimed he was
12 arrested in 2005 or 2006, and was sentenced in October of 2008.  Thus, it appears plaintiff has
13 already had a trial and been convicted.  Plaintiff is presently housed in state prison.  Therefore,
14 plaintiff's request to be brought to trial is moot, and is denied.
15     Accordingly, IT IS HEREBY ORDERED that:
16     1.  Plaintiff's request for leave to proceed in forma pauperis (ECF No. 2, 13) is granted.
17     2.  Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action.  Plaintiff
18 is assessed an initial partial filing fee in accordance with the provisions of 28 U.S.C.
19 § 1915(b)(1).  All fees shall be collected and paid in accordance with this court's order to the
20 Director of the California Department of Corrections and Rehabilitation filed concurrently
21 herewith.
22     3.  Plaintiff's petition for speedy trial (ECF No. 11) is denied.
23     4.  Within fourteen days from the date of this order, plaintiff shall show cause why this
24 action should not be dismissed without prejudice based on plaintiff's failure to file a signed
25 complaint.
26 Dated:  October 22, 2013
27 KENDALL J. NEWMAN
   UNITED STATES MAGISTRATE JUDGE
28 /reva1941.osc

2