UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIMETRI M. REVADA, | No. 2:13-cv-1941 KJN P |
| Plaintiff, | |
| v. | ORDER |
| R. HEISE, et al., | |
| Defendants. | |

Plaintiff consented to proceed before the undersigned for all purposes. See 28 U.S.C. § 636(c). By order filed October 22, 2013, plaintiff was ordered to show cause, within fourteen days, why this action should not be dismissed based on plaintiff's failure to file a signed civil rights complaint as required by the court's September 12, 2013 order. Fourteen days have now passed, and plaintiff has not shown cause or otherwise responded to the court's order.

Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

Dated: November 12, 2013

reva1941.fsc

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1